| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | )SS: | |
| COUNTY OF ALLEN | ) | CAUSE NO: 02D01-0711-CT-494 |

PATRICIA LIPA, )
)
      Plaintiff, )
)
v. )
)
PEG PEREGO U.S.A., INC., )
)
      Defendant. )

## COMPLAINT

COMES NOW the Plaintiff, Patricia Lipa, by counsel, and alleges against the Defendant as follows:

1. That Plaintiff is Patricia Lipa, a resident of Fort Wayne, Indiana who, at all material times, from 1999 through February 9, 2007, was employed at the Defendant, Peg Perego U.S.A., Inc., an "employer" under the Family Medical Leave Act of 1993, 29 U.S.C. §2601 *et seq.* ("FMLA"), at its Fort Wayne location, 3625 Independence Drive, Fort Wayne, Indiana 46808; its resident agent is Paul Niccum located at 3933 Evergreen, Fort Wayne, Indiana 46815.

2. Within one year prior to Plaintiff's termination (February 9, 2007), Plaintiff had suffered from a variety of serious health conditions which caused her to be placed on FMLA, including a hiatal hernia, diagnosis of diverticulitis, suffering from acid reflux (with severe pain in her rib cage and in her esophagus, upper gastric pain, nausea and headaches, and other medical conditions and complications).

3. The Plaintiff advised her employer (Peg Perego) of the existence of her serious health conditions and requested time off for her serious health conditions, and from time to time, her employer had provided Plaintiff with FMLA papers to fill out.

4. Plaintiff was terminated on or about February 9, 2007, and alleges that her termination was in violation of the FMLA.

5. Plaintiff's substantive rights under the FMLA were violated in that she was denied benefits allowed under the FMLA, including time off work and the right to return to work after taking FMLA leave.

6. Defendant's termination of the Plaintiff also violated the anti-retaliation provisions of the FMLA, as Plaintiff was terminated shortly after requesting time off work for her serious health conditions.

7. Defendant's actions in terminating Plaintiff were intentional and in reckless disregard of Plaintiff's rights under the FMLA.

8. As a result of Defendant's actions in terminating Plaintiff in violation of the FMLA, Plaintiff lost her job, and suffered a loss of income as well as a loss of other benefits available through her employment with the Defendant.

WHEREFORE, Plaintiff prays for a judgment against the Defendant, for back-pay, liquidated damages, front-pay, reasonable attorneys' fees and costs, the value of her lost benefits and for all other just and proper relief available under the FMLA, including attorneys' fees and costs, and for all other just and proper relief in the premises.

## JURY DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

//

//

Respectfully submitted,

**CHRISTOPHER C. MYERS & ASSOCIATES**

_____
Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone: (260) 424-0600
Facsimile:  (260) 424-0712
E-mail:     cmyers@myers-law.com
            ismith@myers-law.com
Attorneys for Plaintiff

S:\Lipa, Patricia\Complaint.wpd/rjg

3